IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILBER A. VALLADARES VAQUIZ : | |
| : | Civil Action No. 1:17-cv-00165 |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| MONUMENT DRYWALL, INC., *et al.*, : | |
| : | |
| Defendants. : | |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT

Plaintiff, Wilber A. Valladares Vaquiz (hereinafter referred to as "Plaintiff") and Defendants Monument Drywall, Inc. and Hector Vitela Avila (hereinafter "Defendants"), jointly (the "Parties"), respectfully request approval of their settlement and dismissal with prejudice of all claims in the Complaint, and state as follows:

1. The Complaint raises claims for unpaid wages, including overtime pay, arising under the D.C. Wage Payment and Collection Law ("DCWPCL"), D.C. ST § 32-1201, *et seq.*, the Fair Labor Standards Act of 1938, 29 U.S.C. § 201, *et seq.* ("FLSA") and the D.C. Wage Revision Act ("DCMWRA") D.C. ST § 32-1003.

2. Defendants deny liability to Plaintiff and have raised various defenses to his claims. Litigation of the claims would likely be both time-consuming and expensive. Moreover, after conducting informal discovery, each side's likelihood of success remains uncertain. In recognition of these factors, the parties reached a settlement of all claims in the Complaint, the terms of which are set forth in a written Settlement Agreement, whose terms are described below.

3. Because the Settlement Agreement includes a waiver of claims arising under the FLSA, the parties seek court approval of the settlement. *Carillo v. Dandon, Inc.*, 51 F. Supp. 3d 124 (D.D.C. 2014).

4. Based on the information exchanged, the risks involved and the complexity and likely duration of this matter, the parties acknowledge and agree that this settlement represents a reasonable compromise of the disputed claims in the Complaint.

5. The Parties attach and incorporate a Memorandum in Support of this Joint Motion, which more fully sets forth the grounds of this Joint Motion.

WHEREFORE, the parties respectfully request that the Court issue the attached proposed Order approving the settlement and dismissing the Complaint with prejudice.

Respectfully submitted,

By: /s/ *Mary Craine Lombardo*  
Mary Craine Lombardo (495881)  
STEIN SPERLING BENNETT DE JONG DRISCOLL PC  
25 West Middle Lane  
Rockville, Maryland 20850  
Tel: (301) 340-2020  
Fax: (301) 354-8126  
mlombardo@steinsperling.com

*Attorneys for Plaintiff*

/s/ *Michael E. Stamp*  
Michael E. Stamp (480639)  
PROTORAE LAW, PLLC  
1921 Gallows Road, Suite 950  
Tysons Corner, Virginia 22182  
Telephone: (703) 942-6751  
Facsimile: ( 703) 942-6758  
mstamp@protoraelaw.com

*Attorneys for Defendants*

(signed by Mary Craine Lombardo with permission of Michel E. Stamp)