UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 1 2 2017
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

|  |  |
|---|---|
| WILBER A. VALLADARES VAQUIZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MONUMENT DRYWALL, INC., *et al.*, )<br>)<br>Defendants. )<br>) | Case No. 17-cv-0165 (TSC) |

## ORDER

Upon consideration of the Joint Motion for Approval of Settlement filed by Plaintiff, Wilber A. Valladares Vaquiz, and Defendants Monument Drywall, Inc. and Hector Vitela Avila, the court hereby GRANTS the Motion, APPROVES the proposed settlement, and DISMISSES this case with prejudice based on the following findings:

1. The parties have provided the court with sufficient information to conclude that the offer of settlement is fair and reasonable and is an equitable compromise of disputed facts and claims.

2. In addition, the settlement agreement represents a fair and reasonable resolution of a bona fide dispute under the D.C. Wage Payment and Collection Law, Fair Labor Standards Act, and D.C. Minimum Wage Revision Act according to the factors that have been cited in other actions in this court.

3. The court finds that the settlement was the product of arms' length negotiations between counsel for the parties, who are experienced in the field of DCWPCL, FLSA, and DCMWRA litigation.

2

4. The attorney fees and costs to be paid under the settlement agreement are separately stated and counsel has provided sufficient information to permit the court to conclude that the fees and costs represent payments for amounts actually incurred at a reasonable hourly rate. The amount allocated for attorney fees and costs bear a reasonable relationship to the amount of time expended by counsel and the amount being paid to Plaintiff under the settlement agreement.

Date: April 12, 2017

_____
TANYA S. CHUTKAN
United States District Judge